# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| WELLS FARGO BANK, N.A., | Case No. 2:17-cv-00606-APG-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE DEFENDANT ALIANTE MASTER ASSOCIATION'S MOTION TO DISMISS** |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, | |
| Defendants. | (ECF No. 11) |

In light of the stay (ECF No. 6),

IT IS ORDERED that defendant Aliante Master Association's motion to dismiss (ECF No. 11) is DENIED without prejudice to refile it after the stay is lifted.

DATED this 15th day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE