Joel E. Tasca
Nevada Bar No. 14124
Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Lindsay Demaree
Nevada Bar No. 11949
Maria A. Gall
Nevada Bar No. 14200
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
vigila@ballardspahr.com
demareel@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-PR4 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ALIANTE MASTER ASSOCIATION, a Nevada non-profit corporation; VIKKI MONTOYA, an individual.<br><br>Defendants. | CASE NO. 2:17-CV-00606-APG-NJK<br><br>**STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff Wells Fargo Bank, N.A. as Trustee for WAMU Mortgage Pass-Through Certificates, Series 2005-PR4 Trust ("Wells Fargo"), Defendant SFR Investments Pool 1, LLC ("SFR") and Defendant Aliante Master Association ("Aliante"), through their respective attorneys, stipulate as follows:

DMWEST #17556609 v1

1. On April 12, 2017, the Court entered an order administratively staying the instant case until the appeal proceedings in *Bourne Valley Court Trust v. Wells Fargo Bank*, 832 F.3d 1154 (9th Cir. 2016) *and Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage*, 388 P.3d 970 (Nev. 2017), have concluded. (ECF No. 6).

2. While those proceedings have since concluded, the April 12, 2017, Order provided that any party *may* move to lift the stay once the proceedings were completed.

3. To date, no party has done so.

4. A Discovery Plan/Scheduling Order has not been issued.

5. The Parties have now come to an agreement and are in the process of finalizing settlement.

6. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with continued litigation, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

7. The parties anticipate that finalizing settlement will require approximately ninety days.

[*Continued on the following page*]

8. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 21, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Kyle A. Ewing<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Abran E. Vigil, Esq.<br>Nevada Bar. No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>Maria A. Gall<br>Nevada Bar No. 14200<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By: /s/ T. Chase Pittsenbarger
Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148

*Attorney for Aliante Master Association*

## ORDER

IT IS ORDERED that this case remains stayed. The parties shall file a status report by **June 21, 2018**.

Dated: March 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

3

DMWEST #17556609 v1