# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-00606-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 19) |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Before the Court is the parties' joint status report, wherein the parties submit that they have reached a settlement. Docket No. 19. The Court **ORDERS** the parties to file a stipulation of dismissal no later than September 20, 2018.

IT IS SO ORDERED.

Dated: June 22, 2018

                                                        NANCY J. KOPPE
                                                        United States Magistrate Judge