Joel E. Tasca
Nevada Bar No. 14124
Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Lindsay Demaree
Nevada Bar No. 11949
Maria A. Gall
Nevada Bar No. 14200
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
vigila@ballardspahr.com
demareel@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-PR4 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ALIANTE MASTER ASSOCIATION, a Nevada non-profit corporation; VIKKI MONTOYA, an individual.<br><br>Defendants. | CASE NO. 2:17-CV-00606-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Local Rules LR IA 6-1 and LR 26-4,, Plaintiff Wells Fargo Bank, N.A. as Trustee for WAMU Mortgage Pass-Through Certificates, Series 2005-PR4 Trust ("Wells Fargo"), Defendant SFR Investments Pool 1, LLC ("SFR") and Defendant Aliante Master Association ("Aliante"), through their respective attorneys, stipulate as follows:

DMWEST #18083078 v1

1. This action concerns title to real property commonly known as 3817 Ricebird Way, North Las Vegas, Nevada (the "Property") following a homeowner's association foreclosure sale conducted on August 16, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20051013-0005599 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

4. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20170411-0002489 be, and the same hereby is, EXPUNGED.

[*Continued on the following page*]

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

5. The Parties further stipulate and agree that a copy of this Stipulation and Order related to Case No. 2:17-CV-00606-APG-NJK may be recorded with the Clark County Recorder.

Dated: September 20, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Kyle A. Ewing<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Abran E. Vigil, Esq.<br>Nevada Bar. No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>Maria A. Gall<br>Nevada Bar No. 14200<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Diana S. Ebron<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By: /s/ T. Chase Pittsenbarger
Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148

*Attorney for Aliante Master Association*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 20, 2018.

3

DMWEST #18083078 v1